IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| In Re: § | | |
| § | | |
| Borger Properties, Inc., § | Case No.10-20168-RLJ-11 | |
| § | Chapter 11 Proceeding | |
| § | | |
| Debtor. § | | |

**MOTION FOR FINAL AUTHORIZATION TO INCUR POST-PETITION FINANCING**

**NOTICE**

NO HEARING WILL BE CONDUCTED HEREON UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AT P. O. BOX 15960, AMARILLO, TX 79105-0960 BEFORE THE CLOSE OF BUSINESS **TWELVE DAYS FROM THE SERVICE OF THIS MOTION**. IF SERVICE IS BY MAIL, THREE ADDITIONAL DAYS ARE ALLOWED PURSUANT TO FED.R. BANKR.P. 9006 (f).

ANY RESPONSE MUST BE IN WRITING, FILED WITH THE CLERK AND A COPY SERVED UPON COUNSEL FOR THE MOVING PARTY WITHIN THE TIME DESCRIBED ABOVE. IF NO RESPONSE IS TIMELY FILED, THE RELIEF REQUESTED SHALL BE DEEMED UNOPPOSED AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT.

**IF A RESPONSE IS FILED A FINAL HEARING ON THE MOTION WILL BE HELD AT 1:30 PM ON APRIL 15, 2010 IN ROOM 100, 624 SOUTH POLK ST., AMARILLO, TEXAS 79101-2389.**

TO THE HONORABLE ROBERT L. JONES, Bankruptcy Judge:

Borger Properties, Inc. ("BPI"), the debtor in possession in the above-captioned case ("Debtor" or "Debtor in Possession"), moves the Court for a Final Order authorizing Debtor to incur post-petition financing through National Bank of Commerce — Shamrock, located in Shamrock, Texas ("NBCS"). Debtor respectfully represents to the Court as follows:

**I.**
**JURISDICTION AND BACKGROUND**

1. On March 12, 2010 ("Petition Date"), Debtor filed its voluntary petition under Chapter

11 of the Bankruptcy Code. Debtor is managing its business and affairs pursuant to Bankruptcy Code §§ 1107 - 08.

2. This motion is filed under 11 U.S.C. §§ 361, 362, 363 and 364.

3. This is a core proceeding under 28 U.S.C. § 157(b).

4. No trustee has been appointed, and BPI remains as Debtor in Possession.

5. Debtor is in the final stages of completion of a business in Hutchinson County, Texas, named the Hampton Inn & Suites ("Hampton Inn").

6. The purpose of the business is to provide temporary lodging to persons visiting or traveling through the areas in and around Hutchinson County, Texas.

## II.
### FINANCING HISTORY

7. Over the past 2 years, BPI has entered into Promissory Notes with NBCS in order to obtain loans to be used in constructing the Hampton Inn.

8. On the Petition Date, Debtor believes it was indebted to NBCS for approximately $5,000,000.00.

9. On the Petition Date, Debtor's debt to NBCS was secured by the following: (1) a 2.280 acre tract of real property located in Hutchinson County, Texas, further described in Volume 1487, Page 85 of the Official Property Records of Hutchinson County, Texas, and upon which the Hampton Inn is being constructed ("Hampton Property"); (2) any and all improvements on the Hampton Property; (3) all equipment, fixtures, furnishings, inventory and personal property located on the Hampton Property; (4) all rents, revenues, profits or other benefits of the Hampton Property; and (5) an absolute assignment of all rents, issues, income, receipts and profits from the Hampton Property.

## III.
### NECESSITY OF POST-PETITION FINANCING

10. On March 26, 2010, the Court entered its Interim Order granting Debtor's Emergency Motion for Authorization to Incur Post-Petition Financing ("Interim Order"). The Interim Order authorized Debtor to incur post-petition financing from NBCS during the 30-day period following entry of the Interim Order, in an amount not to exceed $135,000.00.

11. Debtor now anticipates that the Hampton Inn can be completed and operational within 10 to 12 weeks of resuming construction. However, Debtor does not have the funds necessary to complete the Hampton Inn. Accordingly, Debtor must incur post-petition financing in order to complete the Hampton Inn and begin operating same.

12. Debtor believes operation of the Hampton Inn will benefit the bankruptcy estate and all creditors thereof. NBCS has expressed a willingness to provide Debtor with post-petition financing: (1) with the terms and conditions of such financing as determined by the parties ("DIP Financing Loan Documents"); and (2) provided that all funds disbursed pursuant to the DIP Financing Loan Documents be provided priority under 11 U.S.C. § 364(d) and secured by a priority lien and security interest in the property described in the DIP Financing Loan Documents, together with newly acquired accounts receivable, contract rights and cash.

13. Post-petition financing is necessary for Debtor to complete construction of the Hampton Inn. In the absence of post-petition financing, Debtor will not be able to complete the Hampton Inn, and therefore, not continue to operate, which would result in the liquidation of Debtor's remaining asset, same being the Hampton Property. Such a liquidation would minimize the extent to which Debtor can realize full value of the Hampton Property.

## IV.
### REQUIRED CAPITAL

14. Attached is a copy of Debtor's Construction Budget (Exhibit "A"). Debtor will require $457,600.00 of post-petition financing in order to complete construction of, and begin operations at, the Hampton Inn.

15. Debtor anticipates that its plan of reorganization will provide for the payment of the entire amount of the NBCS's indebtednesses. Debtor believes that its business operations are subject to reorganization.

16. Debtor believes the terms described above and to be governed by the post-petition loan documents are the only available means to obtain post-petition financing. Thus, to avoid immediate and irreparable harm to the estate, Debtor requests authorization to enter into a post-petition financing agreement with NBCS.

**WHEREFORE**, Debtor respectfully requests the Court to enter a Final Order authorizing Debtor to incur post-petition financing from NBCS in the amount of $457,600.00. Debtor asks for such other and further relief as the Court may deem necessary and proper.

Date: **3/30/2010**

    Respectfully submitted,

    Kinkead Law Offices
    6937 S. Bell, Suite G
    Amarillo, TX 79109
    (806) 353-2129; (806) 353-4370 (FAX)

    By: **/s/ Bill Kinkead**
    Bill Kinkead
    State Bar No. 11477400
    *ATTORNEY FOR DEBTOR*

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of March, 2010, a true and correct copy of the above and foregoing was served electronically or mailed in the United States mail, postage prepaid, to the following:

**Debtor:**

Borger Properties, Inc.
1424 Riverside Rd.
Roanoke, Texas 75262-4409

**U. S. Trustee:**

Christen Carlson Paquin, Esq.
MATTHEWS STEIN SHEILS
8131 LBJ Freeway, Suite 700
Dallas, Texas 75251

Scott W. Sharp, Esq.
TIMBERLAKE WEAVER & SHARP, P.C.

Office of United States Trustee
1100 Commerce Street, Room 976
Dallas, Texas 75242

**Parties Requesting Notice:**

Thomas A. Bunkley, Jr., Esq.
BARRAS & BUNKLEY
P.O. Box 9175
Amarillo, Texas 79105-9175

David Jones, Esq.
SPROUSE SHRADER SMITH P.C.
P.O. Box 15008
Amarillo, Texas 79105-5008

1408 A Buddy Holly Ave.
Lubbock, Texas 79401

Don D. Sunderland, Esq.
MULLIN HOARD & BROWN, LLP
P.O. Box 31656
Amarillo, Texas 79105-1656

**/s/ Bill Kinkead_____**
Bill Kinkead

|        |                                 | LOAN DRAW # : |              |              |              |              |              |              |              | LENDER: |              |
|--------|---------------------------------|---------------|--------------|--------------|--------------|--------------|--------------|--------------|--------------|---------|--------------|

'DATE SUBMITTED:  **EXHIBIT A**  BORROWER:
SUBMITTED TO:  PROJECT:

**SCHEDULE OF VALUES**

| | DESCRIPTION | ORIGINAL BUDGET | CURRENT BUDGET CHANGES (THIS DRAW) | TOTAL BUDGET CHANGES (TO DATE) | CURRENT REVISED BUDGET AMOUNT (D+F) | WORK COMPLETED TO DATE (PREVIOUS DRAWS) | WORK COMPLETED TO DATE (CURRENT DRAW 4) | TOTAL COMPLETED AND STORED TO DATE (H+I) | % (J / G) | REMAINING BUDGET (G - J) | TOTAL RETAINAGE TO DATE 10% OF J (Hard Costs) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 97100 | **Land Acquisition Cost** | | | | 0.00 | | | $ - | #DIV/0! | $ - | |
| | **Indirect Costs** | | | | | | | | | | |
| 98100 | General Contracting Fee | | | | 0.00 | $ - | | $ - | #DIV/0! | $ - | |
| 98101 | Engineering/Architectural/Plans | | | | 0.00 | | | $ - | #DIV/0! | $ - | |
| 98102 | Purchasing Agent Fee | | | | 0.00 | $ - | | $ - | #DIV/0! | $ - | |
| 98103 | Project Management Fee | | | | 0.00 | $ - | | $ - | #DIV/0! | $ - | |
| 98104 | Construction Supervision | | | | 0.00 | $ - | | $ - | #DIV/0! | $ - | |
| 98105 | Construction Overhead | | | | 0.00 | $ - | | $ - | #DIV/0! | $ - | |
| 98106 | Environmental Report | | | | 0.00 | $ - | | $ - | #DIV/0! | $ - | |
| 98107 | Testings & Inspections | | | | 0.00 | | | $ - | #DIV/0! | $ - | |
| 98108 | Geotechnical | | | | 0.00 | $ - | | $ - | #DIV/0! | $ - | |
| 98109 | Phase 1 | | | | 0.00 | $ - | | $ - | #DIV/0! | $ - | |
| 98110 | Civil Plans & Engineering | | | | 0.00 | | | $ - | #DIV/0! | $ - | |
| 98111 | Title Commitment | | | | 0.00 | | | $ - | #DIV/0! | $ - | |
| 98112 | Title Policy/Insurance | | | | 0.00 | | | $ - | #DIV/0! | $ - | |
| 98113 | Survey | | | | 0.00 | | | $ - | #DIV/0! | $ - | |
| 98114 | Bank Inspections | | | | 0.00 | | | $ - | #DIV/0! | $ - | |
| 98115 | Building Inspections | | | | 0.00 | | | $ - | #DIV/0! | $ - | |
| 98116 | Developer Overhead | | | | 0.00 | | | $ - | #DIV/0! | $ - | |
| 98117 | Misc. Fees | | | | 0.00 | | | $ - | #DIV/0! | $ - | |
| 98118 | Points | | | | 0.00 | | | $ - | #DIV/0! | $ - | |
| 98119 | Interest During Construction | | | | 0.00 | | | $ - | #DIV/0! | $ - | |
| 98120 | Closing Costs | | | | 0.00 | | | $ - | #DIV/0! | $ - | |
| 98121 | Appraisal | | | | 0.00 | | | $ - | #DIV/0! | $ - | |
| 98122 | Principal and Interest Reserve | | | | 0.00 | | | $ - | #DIV/0! | $ - | |
| 98123 | Real Estate Property Tax | | | | 0.00 | | | $ - | #DIV/0! | $ - | |
| 98124 | Personal Property Tax | | | | 0.00 | | | $ - | #DIV/0! | $ - | |
| 98125 | Business and Operating Tax | | | | 0.00 | | | $ - | #DIV/0! | $ - | |
| 98126 | Hotel Franchise Fee | | | | 0.00 | | | $ - | #DIV/0! | $ - | |
| 98127 | Builders Risk & Workmans Comp | | | | 0.00 | | | $ - | #DIV/0! | $ - | |
| 98128 | Legal | | | | 0.00 | | | $ - | #DIV/0! | $ - | |
| 98129 | Accounting | | | | 0.00 | | | $ - | #DIV/0! | $ - | |
| 98130 | Feasibility Study | | | | 0.00 | | | $ - | #DIV/0! | $ - | |
| 98131 | Syndication Costs | | | | 0.00 | | | $ - | #DIV/0! | $ - | |
| 98132 | Connection/Tap Fees | | | | 0.00 | | | $ - | #DIV/0! | $ - | |
| 98133 | Impact Fees | | | | 0.00 | | | $ - | #DIV/0! | $ - | |
| 98134 | Contingency | | | | 0.00 | | | $ - | #DIV/0! | $ - | |
| 98135 | Permit Fee | | | | 0.00 | | | $ - | #DIV/0! | $ - | |
| 98136 | Contractor License Fee | | | | 0.00 | | | $ - | #DIV/0! | $ - | |
| 98137 | Swift Mud / Engineering / Permit | | | | 0.00 | | | $ - | #DIV/0! | $ - | |
| 98138 | Brokerage fee | | | | 0.00 | | | $ - | #DIV/0! | $ - | |
| 98139 | Working Capital | | | | 0.00 | | | $ - | #DIV/0! | $ - | |
| 98140 | Performance Bonds | | | | 0.00 | | | $ - | #DIV/0! | $ - | |
| | Sub-Total Division A | 0.00 | | 0.00 | 0.00 | $ - | $ - | $ - | #DIV/0! | $ - | |
| | **Pre-Opening Budget** | | | | | | | | | | |
| 99100 | Linen Order | | | | 0.00 | $ - | | $ - | #DIV/0! | $ - | |
| 99101 | Marketing | | | | 0.00 | $ - | | $ - | #DIV/0! | $ - | |

D:\Patel DIP\Borger Construction Budget

| | DESCRIPTION | ORIGINAL BUDGET | CURRENT BUDGET CHANGES (THIS DRAW) | TOTAL BUDGET CHANGES (TO DATE) | CURRENT REVISED BUDGET AMOUNT (D+F) | WORK COMPLETED TO DATE (PREVIOUS DRAWS) | WORK COMPLETED TO DATE (CURRENT DRAW 4) | TOTAL COMPLETED AND STORED TO DATE (H+I) | % (J/G) | REMAINING BUDGET (G - J) | TOTAL RETAINAGE TO DATE 10% OF J (Hard Costs) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 99102 | Guest Room Amenities | | | | 0.00 | $ - | | $ - | #DIV/0! | $ - | |
| 99103 | Uniforms | | | | 0.00 | $ - | | $ - | #DIV/0! | $ - | |
| 99104 | Knickknacks | | | | 0.00 | $ - | | $ - | #DIV/0! | $ - | |
| 99105 | Restaurant Food | | | | 0.00 | $ - | | $ - | #DIV/0! | $ - | |
| 99106 | Restaurant Supplies | | | | 0.00 | $ - | | $ - | #DIV/0! | $ - | |
| 99107 | Sundry Shop | | | | 0.00 | $ - | | $ - | #DIV/0! | $ - | |
| 99108 | Office Supplies | | | | 0.00 | $ - | | $ - | #DIV/0! | $ - | |
| 99109 | General Manager | | | | 0.00 | $ - | | $ - | #DIV/0! | $ - | |
| 99110 | Director Of Sales | | | | 0.00 | $ - | | $ - | #DIV/0! | $ - | |
| 99111 | Management Fee | | | | 0.00 | $ - | | $ - | #DIV/0! | $ - | |
| 99112 | Accounting Fee | | | | 0.00 | $ - | | $ - | #DIV/0! | $ - | |
| 99113 | Banks (front desk safe) | | | | 0.00 | $ - | | $ - | #DIV/0! | $ - | |
| 99114 | Convergent Services | | | | 0.00 | $ - | | $ - | #DIV/0! | $ - | |
| 99115 | Shipping (FedEx) | | | | 0.00 | $ - | | $ - | #DIV/0! | $ - | |
| 99116 | Laundry Supplies | | | | 0.00 | $ - | | $ - | #DIV/0! | $ - | |
| 99117 | Cleaning Supplies | | | | 0.00 | $ - | | $ - | #DIV/0! | $ - | |
| 99118 | Travel Expenses | | | | 0.00 | $ - | | $ - | #DIV/0! | $ - | |
| 99119 | GM Training | | | | 0.00 | $ - | | $ - | #DIV/0! | $ - | |
| 99120 | Telephone | | | | 0.00 | $ - | | $ - | #DIV/0! | $ - | |
| 99121 | Licenses | | | | 0.00 | $ - | | $ - | #DIV/0! | $ - | |
| 99122 | **Interior Signage** | | | | 0.00 | $ - | | $ - | #DIV/0! | $ - | |
| | Sub-Total Divison B | | **0.00** | **0.00** | **0.00** | $ - | $ - | $ - | #DIV/0! | $ - | |
| | **General Requirements** | | | | | | | | | | |
| 01010 | Start up Cash Account | | | | 0.00 | | | $ - | #DIV/0! | $ - | |
| 01015 | Bank fees misc | | | | 0.00 | | | $ - | #DIV/0! | $ - | |
| 01020 | Engineering | | | | 0.00 | | | $ - | #DIV/0! | $ - | |
| 01050 | Project Management Team | | | | 0.00 | | | $ - | #DIV/0! | $ - | |
| 01060 | OSHA | | | | 0.00 | | | $ - | #DIV/0! | $ - | |
| 01100 | Project Manager | 20,000.00 | | | 20,000.00 | | | $ - | 0.00% | $ 20,000.00 | |
| 01120 | Superintendent | | | | 0.00 | | | $ - | #DIV/0! | $ - | |
| 01125 | Assistant Superintendent | | | | 0.00 | | | $ - | #DIV/0! | $ - | |
| 01130 | Project Assistant | | | | 0.00 | | | $ - | #DIV/0! | $ - | |
| 01140 | **Casual Labor** | 8,000.00 | | | 8,000.00 | | | $ - | 0.00% | $ 8,000.00 | |
| 01150 | **Watchman/Security** | | | | 0.00 | | | $ - | #DIV/0! | $ - | |
| 01210 | Surveys & Construction Staking | | | | 0.00 | | | $ - | #DIV/0! | $ - | |
| 01215 | Third Party Inspections | | | | 0.00 | | | $ - | #DIV/0! | $ - | |
| 01220 | Soils/Materials Testing | | | | 0.00 | | | $ - | #DIV/0! | $ - | |
| 01250 | Job Office (Trailer Rental) | | | | 0.00 | | | $ - | #DIV/0! | $ - | |
| 01255 | Bottled Water | | | | 0.00 | | | $ - | #DIV/0! | $ - | |
| 01260 | Furniture/Equipment | | | | 0.00 | | | $ - | #DIV/0! | $ - | |
| 01265 | Job Office Supplies | 500.00 | | | 500.00 | | | $ - | 0.00% | $ 500.00 | |
| 01270 | Cell Phones | | | | 0.00 | | | $ - | #DIV/0! | $ - | |
| 01275 | Photo Documentation | | | | 0.00 | | | $ - | #DIV/0! | $ - | |
| 01280 | Postage/Copying | | | | 0.00 | | | $ - | #DIV/0! | $ - | |
| 01285 | Blueprinting & Reproductions | | | | 0.00 | | | $ - | #DIV/0! | $ - | |
| 01300 | **Temporary Electric** | 2,500.00 | | | 2,500.00 | | | $ - | 0.00% | $ 2,500.00 | |
| 01305 | **Temporary Phone** | | | | 0.00 | | | $ - | #DIV/0! | $ - | |
| 01310 | **Temporary Water** | | | | 0.00 | | | $ - | #DIV/0! | $ - | |
| 01315 | **Sanitary Facilities** | 2,500.00 | | | 2,500.00 | | | $ - | 0.00% | $ 2,500.00 | |
| 01320 | Temporary Security Fencing | | | | 0.00 | | | $ - | #DIV/0! | $ - | |
| 01325 | Job Signs | | | | 0.00 | | | $ - | #DIV/0! | $ - | |
| 01405 | First Aid & Safety | | | | 0.00 | | | $ - | #DIV/0! | $ - | |

| | DESCRIPTION | ORIGINAL BUDGET | CURRENT BUDGET CHANGES (THIS DRAW) | TOTAL BUDGET CHANGES (TO DATE) | CURRENT REVISED BUDGET AMOUNT (D+F) | WORK COMPLETED TO DATE (PREVIOUS DRAWS) | WORK COMPLETED TO DATE (CURRENT DRAW 4) | TOTAL COMPLETED AND STORED TO DATE (H+I) | % (J/G) | REMAINING BUDGET (G - J) | TOTAL RETAINAGE TO DATE 10% OF J (Hard Costs) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01410 | Dumpster service | 6,000.00 | | | 6,000.00 | | | $ - | 0.00% | $ 6,000.00 | |
| 01415 | Rental Equipment/Tools | | | | 0.00 | | | $ - | #DIV/0! | $ - | |
| 01425 | Materials-Miscellaneous | 5,000.00 | | | 5,000.00 | | | $ - | 0.00% | $ 5,000.00 | |
| 01450 | Final Clean | 8,500.00 | | | 8,500.00 | | | $ - | 0.00% | $ 8,500.00 | |
| 01451 | Storage Containers | 3,500.00 | | | 3,500.00 | | | $ - | 0.00% | $ 3,500.00 | |
| 01452 | Misc Labor | | | | | | | | | | |
| | ***Sub-Total Division 1*** | **56,500.00** | **0.00** | **0.00** | **56,500.00** | **$ -** | **$ -** | **$ -** | **0.00%** | **$ 56,500.00** | |
| | **Site Construction** | | | | | | | | | | |
| 02100 | Prime Site work Subcontract | | | | 0.00 | | | $ - | #DIV/0! | $ - | $ - |
| 02125 | Silt Fence/Erosion Control | | | | 0.00 | $ - | | $ - | #DIV/0! | $ - | $ - |
| 02150 | Site Demolition & Haul Off | | | | 0.00 | $ - | | $ - | #DIV/0! | $ - | $ - |
| 02200 | Earthwork | | | | 0.00 | $ - | | $ - | #DIV/0! | $ - | $ - |
| 02225 | Dewatering/Pumping | | | | 0.00 | $ - | | $ - | #DIV/0! | $ - | $ - |
| 02300 | Water & Sewer | | | | 0.00 | $ - | | $ - | #DIV/0! | $ - | $ - |
| 02310 | Storm Water piping | | | | 0.00 | $ - | | $ - | #DIV/0! | $ - | $ - |
| 02320 | Underground Utilities | | | | 0.00 | $ - | | $ - | #DIV/0! | $ - | $ - |
| 02400 | A/C Pavement & Base | | | | 0.00 | $ - | | $ - | #DIV/0! | $ - | $ - |
| 02410 | Striping & Signs | | | | 0.00 | $ - | | $ - | #DIV/0! | $ - | $ - |
| 02500 | Site Concrete | | | | 0.00 | $ - | | $ - | #DIV/0! | $ - | $ - |
| 02610 | Fencing/Gates | | | | 0.00 | $ - | | $ - | #DIV/0! | $ - | $ - |
| 02700 | Landscaping & Irrigation | 25,000.00 | | | 25,000.00 | $ - | | $ - | 0.00% | $ 25,000.00 | $ - |
| 02800 | Monument Signage | 15,500.00 | | | 15,500.00 | $ - | | $ - | 0.00% | $ 15,500.00 | $ - |
| 02900 | Miscellaneous Site Improvements | | | | 0.00 | $ - | | $ - | #DIV/0! | $ - | $ - |
| | Concrete materials | | | | | | | | | | |
| | ***Sub-Total Division 2*** | **40,500.00** | **0.00** | **0.00** | **40,500.00** | **$ -** | **$ -** | **$ -** | **0.00%** | **$ 40,500.00** | **$ -** |
| | **Concrete** | | | | | | | | | | |
| 03100 | Prime Concrete Subcontract | 20,000.00 | | | 20,000.00 | | | $ - | 0.00% | $ 20,000.00 | $ - |
| 03125 | Decorative Concrete | | | | 0.00 | $ - | | $ - | #DIV/0! | $ - | $ - |
| 03135 | Accessory Slabs | | | | 0.00 | $ - | | $ - | #DIV/0! | $ - | $ - |
| 03150 | Sidewalks | | | | 0.00 | $ - | | $ - | #DIV/0! | $ - | $ - |
| 03160 | Rebar | | | | 0.00 | $ - | | $ - | #DIV/0! | $ - | $ - |
| 03200 | Precast Concrete | | | | 0.00 | $ - | | $ - | #DIV/0! | $ - | $ - |
| 03900 | Miscellaneous Concrete | 10,000.00 | | | 10,000.00 | $ - | | $ - | 0.00% | $ 10,000.00 | $ - |
| 03910 | Gypcrete | | | | | | | | | | |
| | ***Sub-Total Division 3*** | **30,000.00** | **0.00** | **0.00** | **30,000.00** | **$ -** | **$ -** | **$ -** | **0.00%** | **$ 30,000.00** | **$ -** |
| | **Masonry** | | | | | | | | | | |
| 04100 | Prime Masonry Subcontract | | | | 0.00 | $ - | | $ - | #DIV/0! | $ - | $ - |
| 04125 | Brick Veneer | | | | 0.00 | $ - | | $ - | #DIV/0! | $ - | $ - |
| 04150 | Stone Veneer | | | | 0.00 | $ - | | $ - | #DIV/0! | $ - | $ - |
| 04175 | Precast Planks | | | | 0.00 | $ - | | $ - | #DIV/0! | $ - | $ - |
| | | | | | | | | | | | |
| | ***Sub-Total Division 4*** | | **0.00** | **0.00** | **0.00** | **$ -** | **$ -** | **$ -** | **#DIV/0!** | **$ -** | **$ -** |
| | **Metals** | | | | | | | | | | |
| 05100 | Structural Steel | | | | 0.00 | | | $ - | #DIV/0! | $ - | |
| 05125 | Steel Stud Framing | | | | 0.00 | $ - | | $ - | #DIV/0! | $ - | $ - |

| Code | DESCRIPTION | ORIGINAL BUDGET | CURRENT BUDGET CHANGES (THIS DRAW) | TOTAL BUDGET CHANGES (TO DATE) | CURRENT REVISED BUDGET AMOUNT (D+F) | WORK COMPLETED TO DATE (PREVIOUS DRAWS) | WORK COMPLETED TO DATE (CURRENT DRAW 4) | TOTAL COMPLETED AND STORED TO DATE (H+I) | % (J/G) | REMAINING BUDGET (G-J) | TOTAL RETAINAGE TO DATE 10% OF J (Hard Costs) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 05150 | Fabricated Trusses | | | | 0.00 | $ - | | $ - | #DIV/0! | $ - | $ - |
| 05200 | Miscellaneous Steel Fabrications | | | | 0.00 | $ - | | $ - | #DIV/0! | $ - | $ - |
| 05300 | Stairs & Railings | | | | 0.00 | $ - | | $ - | #DIV/0! | $ - | $ - |
| 05325 | Bollards | | | | 0.00 | $ - | | $ - | #DIV/0! | $ - | $ - |
| | | | | | | | | | | | |
| | ***Sub-Total Division 5*** | | **0.00** | **0.00** | **0.00** | **$ -** | **$ -** | **$ -** | #DIV/0! | **$ -** | **$ -** |
| | **Wood and Plastics** | | | | | | | | | | |
| 06100 | Rough Carpentry | | | 0.00 | 0.00 | | | $ - | #DIV/0! | $ - | $ - |
| 06150 | Trim Carpentry | 30,000.00 | | 0.00 | 30,000.00 | $ - | | $ - | 0.00% | $ 30,000.00 | $ - |
| 06200 | Trusses | | | 0.00 | 0.00 | $ - | | $ - | #DIV/0! | $ - | $ - |
| 06250 | Lumber | | | 0.00 | 0.00 | $ - | | $ - | #DIV/0! | $ - | $ - |
| 06300 | Casework | | | 0.00 | 0.00 | $ - | | $ - | #DIV/0! | $ - | $ - |
| 06400 | Millwork | 26,000.00 | | 0.00 | 26,000.00 | $ - | | $ - | 0.00% | $ 26,000.00 | $ - |
| | | | | | | | | | | | |
| | ***Sub-Total Division 6*** | **56,000.00** | | **0.00** | **56,000.00** | **$ -** | **$ -** | **$ -** | **0.00%** | **$ 56,000.00** | **$ -** |
| | **Thermal & Moisture Protection** | | | | | | | | | | |
| 07050 | Building Insulation | | | 0.00 | 0.00 | $ - | | $ - | #DIV/0! | $ - | $ - |
| 07075 | Sound Batting | | | 0.00 | 0.00 | $ - | | $ - | #DIV/0! | $ - | $ - |
| 07125 | Waterproofing | | | 0.00 | 0.00 | $ - | | $ - | #DIV/0! | $ - | $ - |
| 07200 | Roofing | 12,500.00 | | 0.00 | 12,500.00 | $ - | | $ - | 0.00% | $ 12,500.00 | $ - |
| 07210 | Built-up Roofing | | | 0.00 | 0.00 | $ - | | $ - | #DIV/0! | $ - | $ - |
| 07220 | Asphalt Shingles | | | 0.00 | 0.00 | $ - | | $ - | #DIV/0! | $ - | $ - |
| 07230 | Gutter and Downspout | | | 0.00 | 0.00 | $ - | | $ - | #DIV/0! | $ - | $ - |
| 07240 | Metal Roofing | | | 0.00 | 0.00 | $ - | | $ - | #DIV/0! | $ - | $ - |
| 07250 | Flashing & Sheet Metal | | | 0.00 | 0.00 | $ - | | $ - | #DIV/0! | $ - | $ - |
| 07300 | Siding | | | 0.00 | 0.00 | $ - | | $ - | #DIV/0! | $ - | $ - |
| 07400 | Joint Sealants & Caulking | | | 0.00 | 0.00 | $ - | | $ - | #DIV/0! | $ - | $ - |
| | | | | | | | | | | | |
| | ***Sub-Total Division 7*** | **12,500.00** | | **0.00** | **12,500.00** | **$ -** | **$ -** | **$ -** | **0.00%** | **$ 12,500.00** | **$ -** |
| | **Doors & Windows** | | | | | | | | | | |
| 08125 | Hollow Metal & Wood Doors | | | | 0.00 | $ - | | $ - | #DIV/0! | $ - | $ - |
| 08150 | Hollow Metal & Wood Frames | | | | 0.00 | $ - | | $ - | #DIV/0! | $ - | $ - |
| 08175 | Overhead Doors | | | | 0.00 | $ - | | $ - | #DIV/0! | $ - | $ - |
| 08200 | Aluminum Entrances & Storefronts | 750.00 | | | 750.00 | $ - | | $ - | 0.00% | $ 750.00 | $ - |
| 08250 | Aluminum Windows | | | | 0.00 | $ - | | $ - | #DIV/0! | $ - | $ - |
| 08300 | Hardware | | | | 0.00 | $ - | | $ - | #DIV/0! | $ - | $ - |
| 08325 | Door/Hardware Installation Labor | | | | 0.00 | $ - | | $ - | #DIV/0! | $ - | $ - |
| 08350 | Aluminum Window Installation Labor | | | | 0.00 | $ - | | $ - | #DIV/0! | $ - | $ - |
| 08400 | Glazing | | | | 0.00 | $ - | | $ - | #DIV/0! | $ - | $ - |
| | | | | | | | | | | | |
| | ***Sub-Total Division 8*** | **750.00** | **0.00** | **0.00** | **750.00** | **$ -** | **$ -** | **$ -** | **0.00%** | **$ 750.00** | **$ -** |
| | **Finishes** | | | | | | | | | | |
| 09125 | Acoustical Ceiling - T Grid | 15,000.00 | | | 15,000.00 | $ - | | $ - | 0.00% | $ 15,000.00 | $ - |
| 09150 | Vanity Top and Tub Surrounds | 9,000.00 | | | 9,000.00 | | | $ - | 0.00% | $ 9,000.00 | |
| 09175 | EIFS | 7,500.00 | | | 7,500.00 | $ - | | $ - | 0.00% | $ 7,500.00 | $ - |

| Code | DESCRIPTION | ORIGINAL BUDGET | CURRENT BUDGET CHANGES (THIS DRAW) | TOTAL BUDGET CHANGES (TO DATE) | CURRENT REVISED BUDGET AMOUNT (D+F) | WORK COMPLETED TO DATE (PREVIOUS DRAWS) | WORK COMPLETED TO DATE (CURRENT DRAW 4) | TOTAL COMPLETED AND STORED TO DATE (H+I) | % (J/G) | REMAINING BUDGET (G-J) | TOTAL RETAINAGE TO DATE 10% OF J (Hard Costs) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 09200 | Stucco | | | | 0.00 | $ - | | $ - | #DIV/0! | $ - | $ - |
| 09300 | Drywall Materials and Paint | 20,000.00 | | | 20,000.00 | $ - | | $ - | 0.00% | $ 20,000.00 | $ - |
| 09350 | VCT Flooring | | | | | | | | | | |
| 09400 | Flooring | | | | 0.00 | $ - | | $ - | #DIV/0! | $ - | $ - |
| 09410 | Carpet Labor | 16,000.00 | | | 16,000.00 | $ - | | $ - | 0.00% | $ 16,000.00 | $ - |
| 09420 | Ceramic Tile Labor | 14,000.00 | | | 14,000.00 | $ - | | $ - | 0.00% | $ 14,000.00 | $ - |
| 09430 | Recessed Floor Mat | | | | 0.00 | $ - | | $ - | #DIV/0! | $ - | $ - |
| 09500 | Crown Molding | | | | 0.00 | $ - | | $ - | #DIV/0! | $ - | $ - |
| 09600 | Painting | 5,000.00 | | | 5,000.00 | $ - | | $ - | 0.00% | $ 5,000.00 | $ - |
| 09700 | Guest Room, Bathroom Accessories | 7,600.00 | | | 7,600.00 | $ - | | $ - | 0.00% | $ 7,600.00 | $ - |
| | Wall Vinyl | 15,000.00 | | | 15,000.00 | | | | | | |
| | Granite | 39,000.00 | | | 35,000.00 | | | | | | |
| | **Sub-Total Division 9** | **148,100.00** | | **0.00** | **148,100.00** | **$ -** | **$ -** | **$ -** | **0.00%** | **$ 148,100.00** | **$ -** |
| | **Specialties** | | | | | | | | | | |
| 10110 | Louvers & Vents | | | | 0.00 | $ - | | $ - | #DIV/0! | $ - | $ - |
| 10120 | Flagpoles | 750.00 | | | 750.00 | $ - | | $ - | 0.00% | $ 750.00 | $ - |
| 10210 | Illuminated Signage | | | | 0.00 | $ - | | $ - | #DIV/0! | $ - | $ - |
| 10220 | Signage Interior | 9,500.00 | | | 9,500.00 | $ - | | $ - | 0.00% | $ 9,500.00 | $ - |
| 10310 | Toilet Accessories & Partitions | | | | 0.00 | $ - | | $ - | #DIV/0! | $ - | $ - |
| 10320 | Corner Guards | 1,800.00 | | | 1,800.00 | $ - | | $ - | 0.00% | $ 1,800.00 | $ - |
| 10410 | Fire Extinguishers & Cabinets | | | | 0.00 | | | $ - | #DIV/0! | $ - | |
| | Misc Materials | 15,000.00 | | | 15,000.00 | | | | | | |
| | **Sub-Total Division 10** | **27,050.00** | **0.00** | **0.00** | **27,050.00** | **$ -** | **$ -** | **$ -** | **0.00%** | **$ 27,050.00** | **$ -** |
| | **Equipment** | | | | | | | | | | |
| 11100 | Card Lock System | 14,000.00 | | | $ 14,000.00 | $ - | | $ - | 0.00% | $ 14,000.00 | |
| 11200 | Food Service Equipment | | | | $ - | $ - | | $ - | #DIV/0! | $ - | $ - |
| 11300 | Appliances | 35000.00 | | | $ 35,000.00 | $ - | | $ - | 0.00% | $ 35,000.00 | $ - |
| | **Sub-Total Division 11** | **49,000.00** | **0.00** | **0.00** | **49000.00** | **$ -** | **$ -** | **$ -** | **0.00%** | **$ 49,000.00** | **$ -** |
| | **Furnishings** | | | | | | | | | | |
| 12100 | FF&E Installation labor | 10,000.00 | | | $ 10,000.00 | $ - | | $ - | 0.00% | $ 10,000.00 | $ - |
| | **Sub-Total Division 12** | **10,000.00** | | **0.00** | **$ 10,000.00** | **$ -** | **$ -** | **$ -** | **0.00%** | **$ 10,000.00** | **$ -** |
| | **Special Construction** | | | | | | | | | | |
| 13100 | Swimming Pools/Spas | 12,000.00 | | | 12,000.00 | $ - | | $ - | 0.00% | $ 12,000.00 | $ - |
| 13200 | Putting Greens | | | | 0.00 | $ - | | $ - | #DIV/0! | $ - | $ - |
| 13300 | Pre-Engineered Structures | | | | 0.00 | $ - | | $ - | #DIV/0! | $ - | $ - |
| | Porta Cochere | 20,000.00 | | | 20,000.00 | | | | | | |
| | **Sub-Total Division 13** | **32,000.00** | | **0.00** | **32,000.00** | **$ -** | **$ -** | **$ -** | **0.00%** | **$ 32,000.00** | **$ -** |
| | **Conveying Systems** | | | | | | | | | | |
| 14100 | Elevators | 30,000.00 | | | 30,000.00 | $ - | | $ - | 0.00% | $ 30,000.00 | |
| 14150 | Lifts | | | | 0.00 | $ - | | $ - | #DIV/0! | $ - | $ - |
| 14160 | Fireplace | | | | | | | | | | |

| | DESCRIPTION | ORIGINAL BUDGET | CURRENT BUDGET CHANGES (THIS DRAW) | TOTAL BUDGET CHANGES (TO DATE) | CURRENT REVISED BUDGET AMOUNT (D+F) | WORK COMPLETED TO DATE (PREVIOUS DRAWS) | WORK COMPLETED TO DATE (CURRENT DRAW 4) | TOTAL COMPLETED AND STORED TO DATE (H+I) | % (J/G) | REMAINING BUDGET (G-J) | TOTAL RETAINAGE TO DATE 10% OF J (Hard Costs) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | *Sub-Total Division 14* | **30,000.00** | **0.00** | **0.00** | **30,000.00** | $ - | $ - | $ - | 0.00% | $ 30,000.00 | $ - |
| | | | | | | | | | | | |
| | **Mechanical** | | | | | | | | | | |
| 15100 | HVAC and Materials | 4,000.00 | | | 4,000.00 | $ - | | $ - | 0.00% | $ 4,000.00 | $ - |
| 15150 | PTAC Units | | | | 0.00 | $ - | | $ - | #DIV/0! | $ - | $ - |
| 15200 | Plumbing | 24,000.00 | | | 24,000.00 | | | $ - | 0.00% | $ 24,000.00 | $ - |
| 15300 | Fire Sprinkler System | | | | 0.00 | $ - | | $ - | #DIV/0! | $ - | $ - |
| 15400 | Linen Chute | | | | 0.00 | $ - | | | | | |
| | Plumbing Materials | 30,000.00 | | | 30,000.00 | | | | | | |
| | *Sub-Total Division 15* | **58,000.00** | | **0.00** | **58,000.00** | $ - | $ - | $ - | 0.00% | $ 58,000.00 | $ - |
| | | | | | | | | | | | |
| | **Electrical** | | | | | | | | | | |
| 16100 | Prime Electrical Subcontract | 6,200.00 | | | 6,200.00 | | | $ - | 0.00% | $ 6,200.00 | $ - |
| 16150 | Fire Alarm System | 7,000.00 | | | 7,000.00 | $ - | | $ - | 0.00% | $ 7,000.00 | $ - |
| 16210 | Low Voltage Data Wiring | | | | | $ - | | $ - | #DIV/0! | $ - | $ - |
| 16220 | Low Voltage Phone Wiring | | | | | $ - | | $ - | #DIV/0! | $ - | $ - |
| 16230 | CATV Wiring | | | | | $ - | | $ - | #DIV/0! | $ - | $ - |
| | Electrical Materials | 12,000.00 | | | 12,000.00 | | | | | | |
| | Light Poles | 17,000.00 | | | 17,000.00 | | | | | | |
| | *Sub-Total Division 16* | **42,200.00** | | **0.00** | **42,200.00** | $ - | $ - | $ - | 0.00% | $ 42,200.00 | $ - |
| | | | | | | | | | | | |
| | *Sub-Total Divisions 1 thru 16* | **592,600.00** | | **0.00** | **592,600.00** | | **0.00** | **0.00** | **0.00%** | **592,600.00** | **0.00** |