BILL KINKEAD
Attorney for Debtors
6937 S. Bell, Suite G
Amarillo, Texas 79109
(806) 353-2129
Fax (806) 353-4370

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

IN RE:

| | |
|---|---|
| WHEELER HOSPITALITY, INC. | CASE NO. 10-20166-rlj11 |
| PERRYTON HOSPITALITY, INC. | CASE NO. 10-20167-rlj11 |
| BORGER PROPERTIES, INC. | CASE NO. 10-20168-rlj11 |
| CHILDRESS HOSPITALITY, L.P. | CASE NO. 10-20169-rlj11 |
| BORGER HOSPITALITY, INC. | CASE NO. 10-20170-rlj11 |
| DECATUR HOSPITALITY, INC. | CASE NO. 10-20171-rlj11 |

Debtors

## **MOTION FOR JOINT ADMINISTRATION**

Come now WHEELER HOSPITALITY, INC., PERRYTON HOSPITALITY, INC, BORGER HOSPITALITY, INC., CHILDRESS HOSPITALITY, L.P., BORGER HOSPITALITY, INC., AND DECATUR HOSPITALITY, INC., the debtors in possession in the above-styled Chapter 11 cases (the "Debtors"), requesting that their cases be jointly administered under case no. 10-20166-rlj11, and for cause would show as follows:

1. On March 12, 2010, voluntary petitions for relief were filed by the debtors in the above-captioned cases.

2. No trustee has been appointed in any of the cases and the debtors are each operating as debtors in possession.

3. Each of the cases are substantially related in that the debtors have for the most part the same equity interest holders, the same bank, trade and lien creditors, and are each involved in litigation against the same parties.

4. The joint administration of the Debtors' Chapter 11 cases will permit the Clerk of

the Court to use a single general docket for each of the Debtors' cases and to combine notices to creditors and other parties in interest of the Debtors' respective estates. The Debtors anticipate that numerous notices, applications, motions, other pleadings, hearings, and orders in these cases will affect many or all of the Debtors. Joint administration will save time and money and avoid duplicative and potentially confusing filings, by permitting counsel for all parties in interest to (a) use a single caption on the numerous documents that will be served and filed herein and (b) file the papers in one case rather than six. Joint administration will also protect parties in interest by ensuring that parties in interest in each of the Debtors' respective Chapter 11 case to be apprised of the various matters before the Court in all of these cases.

5. In addition, the Debtors request that the official caption to be used by all parties in all pleadings in the jointly administered cases be in the Court's approved form.

6. The rights of the respective creditors of each of the Debtors will not be adversely affected by joint administration of these cases inasmuch as the relief sought is purely procedural and is in no way intended to affect substantive rights, and each creditor and other party in interest will maintain whatever rights it has against the particular estate in which it allegedly has a claim or right. Indeed, the rights of all creditors will be enhanced by the reduction in costs resulting from joint administration. The Court also will be relieved of the burden of entering duplicative orders and keeping duplicative files. Finally, supervision of the administrative aspects of the Chapter 11 cases by the Office of the United States Trustee will be simplified.

7. No previous request for the relief sought in this Application has been made to this Court or any other Court.

WHEREFORE, the Debtors respectfully request that the Court enter an order of joint administration under case no. 10-20166-rlj11and grant such other and further relief as is just and proper.


Dated: 04/1/2010                                   Respectfully Submitted

                                                   **/s/ Bill Kinkead**
                                                   Bill Kinkead
                                                   Attorney for Debtors
                                                   6937 Bell Suite G
                                                   Amarillo, Texas   79109
                                                   (806) 353-2129
      ----                                         Fax (806) 353-4370

## CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of March, 2010, a true and correct copy of the above and foregoing was served electronically or mailed in the United States mail, postage prepaid, to the following:

**SEE ATTACHED**

**FOR WHEELER HOSPITALITY, INC.   NO. 10-20166-RLJ11**

**BY ECF:**

David M. Jones on behalf of Creditor Harish L. Patel and Preyesh Kumar
bankruptcy.docs@sprouselaw.com

Bill Kinkead on behalf of Debtor Wheeler Hospitality, Inc.
bkinkead713@hotmail.com, billkinkead@gmail.com

Michael Andrew Stewart on behalf of Creditor CitizensBank
astewart@mhba.com

Don Dwight Sunderland on behalf of Creditor Interstate Bank, SSB
glgrant@mhba.com, dsunderl@mhba.com

UST U.S. Trustee
ustpregion06.da.ecf@usdoj.gov, albert.loftus@usdoj.gov

**BY MAIL:**

Scott W. Sharp on behalf of Creditor Associated Supply Company, Inc.
Timberlake, Weaver & Sharp, P.C.
1408 A Buddy Holly Avenue
Lubbock, TX 79401

**FOR PERRYTON HOSPITALITY, INC.         10-20167-RLJ11**

**BY ECF:**

David M. Jones on behalf of Creditor Harish L. Patel and Preyesh Kumar
bankruptcy.docs@sprouselaw.com

Bill Kinkead on behalf of Debtor Perryton Hospitality, Inc.
bkinkead713@hotmail.com, billkinkead@gmail.com

Christen Carlson Paquin on behalf of Creditor Elliott Electric, Inc. d/b/a Elliott Electric Supply
cpaquin@mssattorneys.com

Richard B. Schiro on behalf of Creditor Signature Services Corporation
ampike@schirolaw.com

Michael Andrew Stewart on behalf of Creditor CitizensBank
astewart@mhba.com

Don Dwight Sunderland on behalf of Creditor Interstate Bank, SSB
glgrant@mhba.com, dsunderl@mhba.com

UST U.S. Trustee
ustpregion06.da.ecf@usdoj.gov, albert.loftus@usdoj.gov

Charles Coleman Young on behalf of Creditor Gaurav Patel
cole@templetonsmithee.com, tamme@templetonsmithee.com

**BY MAIL:**

Scott W. Sharp on behalf of Creditor Associated Supply Company, Inc.
Timberlake, Weaver & Sharp, P.C.
1408 A Buddy Holly Avenue
Lubbock, TX 79401

**FOR BORGER PROPERTIES, INC.        10-20168-RLJ11**

**BY ECF:**

Thomas A. Bunkley on behalf of Creditor National Bank of Commerce
bunkley41@hotmail.com

David M. Jones on behalf of Creditor Harish L. Patel and Preyesh Kumar
bankruptcy.docs@sprouselaw.com

Bill Kinkead on behalf of Debtor Borger Properties, Inc.
bkinkead713@hotmail.com, billkinkead@gmail.com

Christen Carlson Paquin on behalf of Creditor Elliott Electric, Inc. d/b/a Elliott Electric Supply
cpaquin@mssattorneys.com

Don Dwight Sunderland on behalf of Creditor Interstate Bank, SSB
glgrant@mhba.com, dsunderl@mhba.com

UST U.S. Trustee
ustpregion06.da.ecf@usdoj.gov, albert.loftus@usdoj.gov

**BY MAIL:**

Scott W. Sharp on behalf of Creditor Associated Supply Company, Inc.
Timberlake, Weaver & Sharp, P.C.
1408 A Buddy Holly Avenue
Lubbock, TX 79401

**FOR CHILDRESS HOSPITALITY, L.P.          10-20169-RLJ11**

**BY ECF:**

Charles Dick Harris on behalf of Creditor Citizens National Bank, a division of Farmers National Bank of Seymour
dharris_law_firm@swbell.net

Gabriel Dean Herald on behalf of Creditor Citizens National Bank, a division of Farmers National Bank of Seymour
gabeherald@roserockbank.com

David M. Jones on behalf of Creditor Harish L. Patel and Preyesh Kumar
bankruptcy.docs@sprouselaw.com

Bill Kinkead on behalf of Debtor Childress Hospitality, L.P.
bkinkead713@hotmail.com, billkinkead@gmail.com

Christen Carlson Paquin on behalf of Creditor Elliott Electric, Inc. d/b/a Elliott Electric Supply
cpaquin@mssattorneys.com

Don Dwight Sunderland on behalf of Creditor Interstate Bank, SSB
glgrant@mhba.com, dsunderl@mhba.com

UST U.S. Trustee
ustpregion06.da.ecf@usdoj.gov, albert.loftus@usdoj.gov

**BY MAIL:**

Scott W. Sharp on behalf of Creditor Associated Supply Company, Inc.
Timberlake, Weaver & Sharp, P.C.
1408 A Buddy Holly Avenue
Lubbock, TX 79401

**FOR BORGER HOSPITALITY, INC.    10-20170-RLJ11**

**BY ECF:**

Charles Dick Harris on behalf of Creditor Citizens National Bank - Farmers National Bank of Seymour
dharris_law_firm@swbell.net

Gabriel Dean Herald on behalf of Creditor Citizens National Bank - Farmers National Bank of Seymour
gabeherald@roserockbank.com

David M. Jones on behalf of Creditor Harish L. Patel and Preyesh Kumar
bankruptcy.docs@sprouselaw.com

Bill Kinkead on behalf of Debtor Borger Hospitality, Inc.
bkinkead713@hotmail.com, billkinkead@gmail.com

Myrtle Davis McDonald on behalf of Creditor West Texas State Bank
mmcdonald@epiqtrustee.com

Christen Carlson Paquin on behalf of Creditor Elliott Electric, Inc. d/b/a Elliott Electric Supply
cpaquin@mssattorneys.com

Don Dwight Sunderland on behalf of Creditor Interstate Bank, SSB
glgrant@mhba.com, dsunderl@mhba.com

UST U.S. Trustee
ustpregion06.da.ecf@usdoj.gov, albert.loftus@usdoj.gov

**BY MAIL:**

Scott W. Sharp on behalf of Creditor Associated Supply Company, Inc.
Timberlake, Weaver & Sharp, P.C.
1408 A Buddy Holly Avenue
Lubbock, TX 79401

**FOR DECATUR HOSPITALITY, INC.  10-20171-RLJ11**

**BY ECF:**

David M. Jones on behalf of Creditor Harish L. Patel and Preyesh Kumar
bankruptcy.docs@sprouselaw.com

Bill Kinkead on behalf of Debtor Decatur Hospitality Inc.
bkinkead713@hotmail.com, billkinkead@gmail.com

Christen Carlson Paquin on behalf of Creditor Cowtown Materials, Inc.
cpaquin@mssattorneys.com

Don Dwight Sunderland on behalf of Creditor Interstate Bank, SSB
glgrant@mhba.com, dsunderl@mhba.com

UST U.S. Trustee
ustpregion06.da.ecf@usdoj.gov, albert.loftus@usdoj.gov

Elizabeth Weller on behalf of Creditor Wise CAD
dallas.bankruptcy@publicans.com

**BY MAIL:**

None