IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| BORGER PROPERTIES, INC. | § | CASE NO. 10-20168-RLJ-11 |
| | § | |
| Debtor. | § | |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| BORGER PROPERTIES, INC. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | ADVERSARY NO. _____ |
| | § | |
| AUER CORPORATION, and | § | |
| RAYMOND TEAGUE | § | |
| | § | |
| Defendants. | § | |

## <u>NOTICE OF REMOVAL OF CIVIL ACTION</u>

## <u>NOTICE</u>

NO HEARING WILL BE CONDUCTED HEREON UNLESS A WRITTEN RESPONSE IS
FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AT P. O.
BOX 15960, AMARILLO, TX 79105-0960 BEFORE THE CLOSE OF BUSINESS **TWENTY
ONE (21) DAYS FROM THE SERVICE OF THIS MOTION**. IF SERVICE IS BY MAIL,
THREE ADDITIONAL DAYS ARE ALLOWED PURSUANT TO FED.R. BANKR.P. 9006 (f).

ANY RESPONSE MUST BE IN WRITING, FILED WITH THE CLERK AND A COPY
SERVED UPON COUNSEL FOR THE MOVING PARTY WITHIN THE TIME DESCRIBED
ABOVE. IF NO RESPONSE IS TIMELY FILED, THE RELIEF REQUESTED SHALL BE
DEEMED UNOPPOSED AND THE COURT MAY ENTER AN ORDER GRANTING THE
RELIEF SOUGHT.

**IF A RESPONSE IS FILED A FINAL HEARING ON THE MOTION WILL BE HELD AT
<u>1:30 PM ON MAY 20, 2010 IN ROOM 100, 624 SOUTH POLK ST., AMARILLO, TEXAS
79101-2389.</u>**

TO THE HONORABLE COURT:

BORGER PROPERTIES, INC. ("Debtor" or "Plaintiff"), Plaintiff in the above-captioned Adversary Proceeding, and debtor-in-possession ("Debtor") in the above-captioned Chapter 11 proceeding, respectfully files this Notice of Removal in order to effectuate removal of *Borger Properties, Inc. v. Auer Corporation and Raymond Teague*, Case No. 38,541, 84th District Court in and for Hutchinson County, Texas, and place same on the Court's docket as an Adversary Proceeding.

## I. GROUNDS

### A. PROCEDURAL POSTURE AND BACKGROUND

1.      This notice is filed under Federal Rule of Bankruptcy 9027, 28 U.S.C. §§ 157, 1452 and 1334, as applicable. Upon removal of the state court action, this civil action is a core proceeding under 28 U.S.C. §§ 157(b)(2)(B), (E), and/or (O).[1]

2.      Debtor is a Texas corporation, more specifically a single asset real estate entity, engaged in business in the hotel industry. In 2007 and 2008, Debtor, along with related entities Childress Hospitality, L.P., Perryton Hospitality, Inc., Borger Hospitality, Inc., Wheeler Hospitality, Inc. and Decatur Hospitality, Inc. ("Related Debtors")[2], entered into contracts with Auer Corporation ("Auer") whereby Auer agreed to act as the general contractor and construct 7 hotels for Debtor and Related Debtors. The hotel owned by Debtor ("Debtor's Hotel Property") is located in Hutchinson County, Texas, which falls within the geographic jurisdiction of this Court. The hotels owned by Related Debtors ("Related Debtors' Hotel Properties") are located in Ochiltree, Wheeler, Childress, Scurry, Martin and Wise Counties, Texas, all of which fall within the geographic jurisdiction of the Northern District of Texas, with the exception of Martin County, which falls within the geographic jurisdiction of the Western District of Texas.

---

1 Debtor is cognizant of the fact that this Adversary Proceeding would also qualify for "related to" jurisdiction before this Court. However, in light of Debtor's solid belief that this matter is a core proceeding, Debtor has elected not to brief the requirements of "related to" jurisdiction.

2 A Motion for Joint Administration ("Motion") is currently pending in Debtor's and Related Debtors' Chapter 11 cases, all pending in the United States Bankruptcy Court for the Northern District of Texas, Amarillo Division. Debtor anticipates that the Court will grant the Motion in the coming days.

3.       During construction of the 7 hotels, litigation associated therewith sprang up all across the Northern District of Texas.  The majority of the litigation involves unpaid subcontractors, many of whom provided labor and materials on Debtor's and all of Related Debtors' Hotel Properties, seeking to foreclose on mechanic's liens against Debtor's Hotel Property and Related Debtors' Hotel Properties.  Additionally, eight lawsuits between Auer, Debtor and Related Debtors were filed ("Auer Litigation"), one of which is the state court lawsuit removed to become this Adversary Proceeding.  The remaining paragraphs of this subsection are a more thorough recitation of the procedural history.

4.       On or about February 18, 2009, Plaintiff filed suit against Auer Corporation and Raymond Teague ("Defendants"), under Case No. 38,541, in the 84th District Court in and for Hutchinson County, Texas.

5.       On March 12, 2010, an order for relief under Chapter 11 of the United States Bankruptcy Code was entered in Chapter 11 Case No. 10-20168-RLJ-11, *In re Borger Properties, Inc.*, in the United States Bankruptcy Court for the Northern District of Texas, Amarillo Division.

**B.       BASIS FOR REMOVAL**

6.       "A party may remove any claim or cause of action in a civil action . . . to the district court for the district where such civil action is pending, if such district court has jurisdiction of such claim or cause of action under section 1334 of this title."  28 U.S.C. § 1452.

7.       The bankruptcy court has original jurisdiction of this matter under 28 U.S.C. §§ 157(b) and 1334.

9.       This Adversary Proceeding alleges causes of action for breach of contract, appointment of a receiver, conversion and fraud.

10.       Upon removal of the state court action, this civil action is a core proceeding under 28 U.S.C. §§ 157(b)(2)(B), (E) and/or (O).

—       **This Case is a Core Proceeding Pursuant to 28 U.S.C. § 157(b)(2)(B)**

8.     This Adversary Proceeding will have an impact on the allowance or disallowance of a claim against the estate, and will directly affect the estimation of claims for the purposes of confirming a plan under Chapter 11.  *See* 28 U.S.C. § 157(b)(2)(B).  The relief sought by Debtor in this Adversary Proceeding, monetary damages and the return of Debtor's property, is necessary for formulation and confirmation of Debtor's Chapter 11 Plan.  The ability of Debtor to satisfy many of the outstanding claims against the estate will be dependent upon the amount of Debtor's recovery against Auer, and Debtor's recovery will be decided in this Adversary Proceeding.

9.     Further, due to the substantial amount of damages alleged by Debtor, the estimation of any such estate asset will affect, if not completely control, the Chapter 11 plan formulation for Debtor. Accordingly, this Adversary Proceeding is a core proceeding.

—     **This Case is a Core Proceeding Pursuant to 28 U.S.C. § 157(b)(2)(E)**

11.    This Adversary Proceeding includes causes of action seeking the appointment of a receiver for Auer, so that in turn said receiver may locate and turnover property of the several estate.  *See* 28 U.S.C. § 157(b)(2)(E).  Debtors have alleged that Auer has removed construction materials and other proeprty from Debtor's Hotel Property and refused to return same to Debtor.  In addition to monetary damages, Debtor seeks return of any of Debtor's property, now property of the estate.  Accordingly, this Adversary Proceeding is a core proceeding.

—     **This Case is a Core Proceeding Pursuant to 28 U.S.C. § 157(b)(2)(O)**

12.    This Adversary Proceeding will have an impact on the liquidation of the assets of the estate and the adjustment of the debtor-creditor relationship.  *See* 28 U.S.C. § 157(b)(2)(O).  To illustrate, "The Fifth Circuit applies 28 U.S.C. § 157(b)(2)(O) when the controversy is 'inextricably tied to the bankruptcy proceeding because it affects the liquidation of assets.'"  *In re Hallwood Energy, L.P., et al.*, 2009 WL2601294 at *7 (Bankr. S.D.Tex. 2009) (citing *In re Baudoin*, 981 F.2d 736, 742 (5th Cir. 1993)).

13.     Any awards entered for or against Debtor will directly affect the amount of funds available to fund a Chapter 11 Plan, which Plan must address the claims of subcontractors who have filed Affidavits of Mechanic's Liens against Debtor's Hotel Property.  However, more importantly, the outcome of this Adversary Proceeding may very well be dispositive as to whether Debtor will be able to reorganize under Chapter 11.  Due to the large amount of damages at stake in this Adversary Proceeding, a judgment entered against Debtor, or even a finding of "no damages" awarded to Debtor, would likely force Debtor to abandon reorganization under Chapter 11, instead converting its case to one under Chapter 7 and moving forward with liquidation of the estate.  Therefore, this Adversary is "inextricably tied" to the bankruptcy proceedings, and as such, this Adversary Proceeding is a core proceeding.

14.     This notice is filed with the clerk of the Bankruptcy Court rather than the clerk of the United States District Court under the Order of Reference of Bankruptcy Cases and Proceedings filed among the records of the United States District Court for the Northern District of Texas.

15.     Debtor consents to entry of final orders in this matter by the judge for the United States Bankruptcy Court for the Northern District of Texas, Amarillo Division.

16.     Attached to this Notice of Removal as Exhibit "A" is a Certificate of Interested Parties.

17.     Copies of all state court pleadings and processes are being filed contemporaneously with this Notice of Removal.  Exhibit "B" attached to this Notice of Removal is an index of those pleadings being filed.

Respectfully submitted,

Bill Kinkead, SBN 11477400
KINKEAD LAW OFFICES
6937 Bell St., Suite G
Amarillo, Texas  79109
(806) 353-2129; (806) 353-4370 Fax

By:**/s/ Bill Kinkead**_____
     Bill Kinkead

*Attorney for Debtor Borger Properties, Inc..*

## CERTIFICATE OF SERVICE

This is to certify that on the **9th** day of April, 2010, a true and correct copy of the above and foregoing

document was sent by certified mail return receipt requested to the following:

Donna C. Kline, Esq.
16144 Bethel Road
Montgomery, TX 77356


**/s/ Bill Kinkead**_____
Bill Kinkead

EXHIBIT A
TO
NOTICE OF REMOVAL OF CIVIL ACTION
CERTIFICATE OF INTERESTED PERSONS

**BORGER PROPERTIES, INC.**

**CASE NO. 10-20168-RLJ-11**

624 S. Polk , Suite 100
Amarillo, TX 79101-2364

Elliott Electric, Inc. d/b/a Elliott Electri
c/o Robert L. Eden, Esq.
Matthews, Stein, Shiels, L.L.P.
8131 LBJ Freeway
Suite 700
Dallas, TX 75251-1352

American Glass & Mirror
503 S. May
Madisonville, TX 77864-2559

(p)FIRST NATIONAL BANK DBA BANK OF COMMERCE
P O BOX 2750
PAMPA TX 79066-2750

Arrow Machinery
1121 Martin Luther King Blvd
Oklahoma City, OK 73117-4299

Associated Supply Company, Inc.
co Scott W. Sharp
Timberlake, Weaver and Sharp, PC
1408-A Buddy Holly Ave.
Lubbock, TX 79401-4054

Associated Supply Companyy, Inc.
C/O Timberlake, Weavar & Sharp, PC
1408-A Buddy Holly Ave.
Lubbock, TX 79401-4054

Benchmark Fabricating, LLC
P.O. Box 68
Dudley, GA 31022-0068

Borger Properties, Inc.
1424 Riverside Rd.
Roanoke, TX 76262-4409

C1S Technology Inc.
5365 1st Street
Katy, TX 77493-2506

Chero-Key Piping Company
1800 Sherwood Forest
Suite D-1
Houston, TX 77043-3819

Chetan Parikh
1420 Riverside Road
Roanoke, TX 76262-4409

Contessa Inc.
2950 W. 509 S. Unit 15
Salt Lake City, UT 84104-3513

Craig, Terrill, Hale & Grantham LLP
1500 Broadway, Ste 400
Lubbock, TX 79401-3100

Elliott Electric Supply
C/O Mathews, Stein, Shiels
8131 LBJ Freeway, Ste 700
Dallas, TX 75251-1352

Elliott Electric, Inc. d/b/a Elliott Elect.
Robert L. Eden
MATTHEWS, STEIN, SHIELS, L.L.P.
8131 LBJ Freeway, Suite 700
Dallas, Texas 75251-1352
(972) 234-1750 Telecopier

Flow Law Firm
P.O. Box 2673
Amarillo, TX 79105-2673

Govind Patel
3312 Dickerson Road
Nashville, TN 37207-2955

Harish L. Patel
1424 Riverside Rd.
Roanoke TX 76262-4409

ICI Paints
23033 Network Place
Chicago, IL 60673-0001

INTERNAL REVENUE SERVICE
1100 COMMERCE STREET
DALLAS TX 75242-1100
MC5027DAL

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 21126
PHILADELPHIA PA 19114-0326

Interstate Bank, ssb
c/o Don D. Sunderland
Mullins Hoard & Brown, LLP
P.O. Box 31656
Amarillo, TX 79120-1656

J. Paulo Flores, PC
900 Jackson Street, Ste 550
Dallas, TX 75202-4466

Jim Stamport Plumbing
1371 County Road 405
Lexington, TX 78947-5336

John R. Bankhead, Attorney
110 W. Cottonwood
P.O. Drawer 1839
Madisonville, TX 77864-6839

Kaba Ilco Inc.
P.O. Box 12553
Succ. Centren-Ville
Montreal, Quebec, Canada,   B4C6R

Lallubhai Patel
563 Natalie Drive
Goodlettsville, TN 37072

Langman Concrete Construction
438 Wise Rd.
Decatur, TX 76234-7610

Martinez Drywall
1909 N. Walker Ct
Granbury, TX 76048-5675

Moore Space
819 S. Main
Borger, TX 79007-5802

Otis  Elevator
2516 Gravel Road
Bldg 18
Fort Worth, TX 76118-6974

Solomon Electric Inc.
C/O Steve Bryant & Associates, LLP
3618  Mt. Vernon
Houston, TX 77006-4238

Summit Electric Supply
2900 Stanford NE
Albuquerque, NM 87107-1814

Triple J Fire Alarm System
P.O. Box 382195
Duncanville, TX 75138-1195

U.S. Trustee
William T. Neary
1100 Commerce Street, RM 976
Dallas, TX  75242-1011

Veemal Patel
3260 Hwy 45 N. 16D
Tupelo, MS  38804

National Bank of Commerce
P. O. Box 590
Shamrock, TX 79079

Matthews, Stein, Shiels
8131 LBJ Freeway, Ste 700
Dallas, TX 75251-1352

National Bank of Commerce
%Thomas A. Dunkley, Jr.
P. O. Box 9175
Amarillo, TX  79105-9175

Prayash Kumar
411 Ave F NW
Childress TX 79201-3614

Southern Fastening Systems
650 Sanden Blvd.
Wylie, TX 75098-4948

Synthetics R Us LLC
7109 Windridge Place
Amarillo, TX 79109-6820

U.S. Attorney
ANB Plaza 2, Ste. 300, LB 238
580 S. Taylor
Amarillo, TX 79101-2442

UST U.S. Trustee
1100 Commerce Street
Room 976
Dallas, TX  75242-1011

Vinod B. Patel
1406 US Hwy 27 North
Sebring, FL 33870-1952

(c)MCKINNEY LUMBER COMPANY LLC
3518 SAN RAYBURN HWY
MELISSA TX  75454-2665

Opentek Inc.
1302 Prairie Point Drive
Rhome, TX 76078-5412

Rhynehart Roofing
6980 McCormick Road
Amarillo, TX 79118-3005

Summers Group, Inc,
D/B/A Rexel
2711 LBJ Freeway, Ste. 950
Dallas, TX 75234-7480

T & J Willis Equipment Rental & Sales
P.O. Box 36
Childress, TX 79201-0036

U.S. Attorney In Charge
1100 Commerce Street
3rd Floor
Dallas, TX  75242-1074

United States Aluminum Corp.
767 Monterey Park Road
Monterey Park, CA 91754-3606

Yogesh B. Parikh
27 Westwind Dr.
Lemoyne, PA 17043-1234

**EXHIBIT B**
**TO**
**NOTICE OF REMOVAL OF CIVIL ACTION**

**INDEX OF PLEADINGS**

Attachment 1:     Plaintiff's Borger Properties, Inc.'s Original Petition, Application for Temporary Restraining Order & Request for Disclosure

Attachment 2:     Temporary Restraining Order and Order Setting Hearing for Preliminary Injunction

Attachment 3:     Service of Citation for Defendant, Auer Corporation

Attachment 4:     Service of Citation for Defendant, Raymond Teague

Attachment 5:     Certificate of Delivery by Certified Mail for Citation served on Raymond Teague

Attachment 6:     Certificate of Delivery by Certified Mail for Citation served on Auer Corporation

Attachment 7:     Defendant Auer Corporation's Motion to Transfer Venue and Motion to Dismiss or Stay and, Subject to those Motions, Defendant Auer Corporation's Original Answer, Response to Motion for Temporary Restraining Order and Motion for Sanctions

Attachment 8:     Order Granting Temporary Injunction

Attachment 9:     Notice of Hearing on Defendant Auer Corporation's Motion to Transfer Venue

Attachment 10:    Defendant Ray Teague's Motion to Transfer Venue and Motion to Dismiss or Stay and, Subject to those Motions, Defendant Ray Teague's Original Answer, and Response to Motions for Temporary Restraining Order, Temporary Injunction, and Permanent Injunction

Attachment 11:    Brief in Support of Motion to Transfer Venue

Attachment 12:    Brief in Support of Motion to Abate, Stay or Dismiss

Attachment 13:    Plaintiff's Response to Defendant's Motion to Transfer Venue

Attachment 14:    Responsive Brief in Support of Motion to Transfer Venue

Attachment 15:    Motion for Withdrawal of Counsel (2/23/2010)

Attachment 16:    Motion for Withdrawal of Counsel (2/25/2010)

Attachment 17:    Suggestion of Bankruptcy